# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: PETITION FOR PERMISSION TO EMPANEL THIRD INDICTING GRAND JURY | : | No. 43 MM 2016 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: THE HONORABLE JACQUELINE C. CODY, PRESIDENT JUDGE OF CHESTER COUNTY | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Petition to Empanel Third Indicting Grand Jury is **GRANTED**.